# UNITED STATES DISTRICT COURT

Notice of Motion to Proceed In Forma Pauperis

PLAINTIFFS: STEVEN McDONALD
JOEL WEINREBE
ROBERT MANOSKY
ROBERT RAMOS
JOHN DOE
vs.

05 11412 PBS

DEFENDANTS: JOSEPH McDONALD (Sheriff)
BRIAN GILLEN - Superintendant
TONY MONIZ - Director of Security
MICHEAL NERI - Asst. Deputy Superintendant
MICHEAL AUSTIN - Unit Counselor

CIVIL ACTION NO. ___

PLEASE TAKE NOTICE, that upon the declaration of STEVEN McDONALD and plaintiffs sworn to on this Monday of JUNE 13th 2005, a motion will be made at a term of this Court, for an order permitting plaintiff to pursue this action as a poor person, upon the ground that said plaintiff has insufficient income and property to enable him (STEVEN McDONALD) to pay the costs, fees, and expenses to pursue said action, and

For such other and further relief as this Court may deem just and proper.

Signed this Monday the 13th 2005

*[signature]*
SIGNATURE

To: Clerk
United States District Court

# UNITED STATES DISTRICT COURT

CIVIL ACTION NO. ____

PLAINTIFFS: STEVEN MCDONALD
JOEL WEINREBE
ROBERT MANOSKY
ROBERT RAMOS
JOHN DOE

SUMMONES

vs.

DEFENDANTS: JOSEPH MCDONALD (Sheriff)
BRIAN GILLEN - Superintendant
TONY MONIZ - Director of Security
MICHEAL NERI - Asst. Deputy Superintendant
MICHEAL AUSTIN - Unit Counselor whom ARE being sued individually and in their own official capacities.

To the Above-Mentioned Defendants:

You are hereby summoned and required to serve upon plaintiffs, whose address is 26, Long Pond Road Plymouth Massachusetts 02360 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date: _____