```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

STEVEN McDONALD,                  )
         Plaintiff,               )
                                  )
     v.                           )   Civil Action No. 05-11412-PBS
                                  )
JOSEPH MCDONALD,                  )
         Defendant.               )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated February 9, 2006, this action is DISMISSED.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

Dated: 2/9/06                            By s/ Robert Alba
                                            Deputy Clerk